USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAN NARAIN,

                             Plaintiff,

          - against -

SUNRISE JEWELRY CORP., et al.,

                            Defendants.
-------------------------------------------------------------X

19 Civ. 10136 (RWL)

**ORDER APPROVING SETTLEMENT**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law. Before the Court is a joint letter submitted by the parties requesting that the Court approve their settlement agreement, a fully executed copy of which was submitted on August 19, 2020. A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arms-length negotiation, not an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

       The Court has taken into account, without limitation, prior proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; the amount of attorney's fees; and the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality restrictions; there is no non-disparagement provision; the release is narrowly tailored to the claims in the litigation; and the attorneys' fees are within a fair, reasonable and acceptable range. Considering all the

circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

The Clerk of Court is respectfully requested to terminate all motions and deadlines, and close this case.

Dated: August 20, 2020
      New York, New York

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Copies sent to all counsel of record.